IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANTO FANDO WADLINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MR. DAVID ORTIZ, et al. | : | No. 14-1935 |

**O R D E R**

AND NOW, this 10th day of February, 2015, **I HEREBY ORDER** that:

1. The report and recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of *habeas corpus* is **DISMISSED AS TIME-BARRED** under 28 U.S.C. § 2244(d)(1).

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.